**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 26-80177-CIV-CANNON/McCabe**

**ALEXANDER TORRE,**

      Plaintiff,

v.

**STARWOOD HOTELS &**
**RESORTS WORLDWIDE, LLC,**

      Defendant.

_____/

**ORDER FOLLOWING STATUS CONFERENCE AND**
**REQUIRING DISCOVERY STATUS REPORT**

**THIS CAUSE** comes before the Court following a Status Conference held on July 6, 2026 [ECF No. 15]. The Conference was rescheduled from a prior status conference after counsel for Plaintiff appeared from a vehicle in violation of an earlier order to appear "in a professional and quiet setting," and neither moved for relief from that order or otherwise notified the Court of any scheduling difficulties [*see* ECF Nos. 19, 24]. The parties addressed this noncompliance at the rescheduled conference, with counsel for Plaintiff expressing clear remorse for her unprofessionalism and committing to ensure full compliance with the Court's rules and procedures going forward [ECF No. 17]. The parties also updated the Court on the status of discovery, reporting no present discovery disputes [ECF No. 17].

In light of the foregoing, and to promote the orderly and expeditious resolution of this case in accordance with the deadlines set forth in the Court's Scheduling Order [ECF No. 15], it is hereby **ORDERED AND ADJUDGED** as follows:

1. Based on a full review of the record, the Court determines under the circumstances not to impose sanctions against counsel for Plaintiff.  Both parties are reminded of their continuing obligations to the Court—including those of professionalism and timeliness—and are cautioned to carefully obey all Court orders, rules, and instructions going forward.  *See generally* Fed. R. Civ. P. 11; Fed. R. Civ. P. 16.

2. On or before **August 11**, **2026**, the parties shall meaningfully confer and jointly file a discovery status report, indicating (1) with specificity all anticipated and scheduled depositions, including the depositions of Plaintiff and Defendant's corporate representatives, as discussed at the Conference (<u>with names and firm dates for all</u>); and (2) the status of completed and pending written discovery (<u>with corresponding details</u>). General expectations or aspirational goals for discovery will not be sufficient to comply with this Order.

3. **No extensions of the December 2, 2026, discovery deadline will be granted** [ECF No. 15].

**ORDERED** in Chambers at Fort Pierce, Florida, this 6th day of July 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2